[Coös, December, 1889.]

### HEBBARD *v.* BERLIN.

DOE, C. J. The case falls within the general principle of *Knowlton* v. *Pittsfield*, 62 N. H. 535.

*Case discharged.*

BINGHAM, J., did not sit: the others concurred.

*Twitchell & Goss*, for the plaintiff.

*R. N. Chamberlin* and *Drew & Jordan*, for the defendants.

---

[Sullivan, June, 1890.]

### STATE *v.* LEWIS.

66   623
Case 2
71   408

DOE, C. J. It is not advisable to examine the law of the case until the question whether the defendant in *State* v. *Cornish* (*ante*, *p*. 329) acted as the agent or servant of this defendant in bringing the pauper into this state, and until other questions of fact are determined by agreement or trial.

*Case discharged.*

ALLEN and SMITH, JJ., did not sit: the others concurred.

*Attorney-General* and *Solicitor*, for the state.

*W. L. Foster* and *A. S. Wait*, for the defendant.